DUGAL LOGGING, INC. *v.* ARKANSAS PULPWOOD COMPANY, INC., *et al.*

98-973                                        983 S.W.2d 126

Supreme Court of Arkansas
Opinion delivered December 21, 1998

*Vickery & Landers, PLLC*, by: *Michael R. Landers*; and *Burbank, Dodson & McDonald*, by: *Gary D. McDonald*, for appellants.

*Harrell & Lindsey, P.A.*, by: *Paul E. Lindsey*, for appellees.

P ER CURIAM. ■ On October 23, 1998, the court of appeals certified this matter to this court because it found that the case presented a question pertaining to interpretation of a rule. After reviewing the briefs filed by the parties, we have determined certification is proper on the issue of whether a motion to extend the time for filing the record was properly granted. Because determination of this issue involves the interpretation and application of Ark. R. App. P.—Civ. 5 and may result in dismissal of the appeal as requested by several of the appellants, we accept certification on this question only.